FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2018

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-vs-<br><br>DONALD LEE RICKER,<br><br>                Defendant. | No.   2:18-CR-0154-WFN-1<br><br>PROTECTIVE ORDER RE: COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND |

      Pending before the Court is the parties' Stipulation re: Computer Forensic Review Procedures for Child Pornography Contraband signed by James A. Goeke, Assistant United States Attorney for the Eastern District of Washington, and stipulated to by the Defendant, DONALD L. RICKER's attorney, Andrea K. George. ECF No. 36. The parties have stipulated to review procedures for child pornography contraband. The Court has reviewed the file and Motions and is fully informed. Accordingly,

      **IT IS ORDERED** that the parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband, filed October 11, 2018, **ECF No. 36**, is **GRANTED**. The Court enters this Stipulation and further Orders that the defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to this Stipulation and Order. The defense team agrees that it is forbidden from removing any contraband images from the Government reviewing facility. Defense expert will be allowed to compile a report (without contraband images/videos) documenting the examination on removable media if the case dictates.

      The District Court Executive is directed to file this Order and provide copies to counsel.

ORDER - 1

1      **DATED** this 15th day of October, 2018.

<pre>
                              s/ Wm. Fremming Nielsen
                             WM. FREMMING NIELSEN
                      SENIOR UNITED STATES DISTRICT JUDGE
</pre>

10-11-18

ORDER - 2